JOHN G. GEORGE, ESQ.
Nevada Bar No. 12380
LAW OFFICE OF JOHN G. GEORGE
529 S 10th Street
Las Vegas, Nevada 89101
E-mail: johngeorgerjr@fastmail.fm
Telephone:(702) 702-561-7855
Facsimile:(702) 702-446-1577
Attorney for Defendant
*Elizabeth Perez*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ELIZABETH PEREZ,<br><br>Defendant. | CASE NO.: 2:16-cr-00062-LRH-EJY<br><br>**STIPULATION TO CONTINUE HEARING DATE FOR MOTION TO WITHDRAW (cM/ECF 275, 284)** |

IT IS HEREBY STIPULATED AND AGREED, by and between Christopher D. Baker, Assistant United States Attorney, and John George, counsel for Elizabeth Perez, that the hearing on motion to withdraw currently scheduled for January 7, 2020 at the hour of 10:00 a.m. be vacated and set for January 15, 2020 at the hour of 2:30 p.m..

This stipulation is entered into for the following reasons:

1) The currently scheduled hearing was set on Friday January 3, 2020 at 3:00 p.m.

2) The currently scheduled time for the hearing conflicts with a preexistent schedule of counsel for defendant Elizabeth Perez who will be out of this jurisdiction on the 7th at 10:00 a.m.

3) Defendant Elizabeth Perez is not incarcerated and does not object to the continuance.

| | |
|---|---|
| 1 | 4) The parties agree to the continuance |
| 2 | 5) This is the first request to continue this hearing. |

DATED this 6th day of January, 2020.

| UNITED STATES ATTTORNEY | LAW OFFICE OF JOHN GEORGE |
|---|---|
| By: /s/Christopher D. Baker<br>CHRISTOPHER D. BAKER, ESQ<br>Assistant United States Attorney<br>Counsel for the United States | By: /s/ John George<br>JOHN GEORGE, ESQ<br>Counsel for Defendant Elizabeth Perez |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ELIZABETH PEREZ,

    Defendant.

CASE NO.: 2:16-cr-00062-LRH-EJY

**FINDINGS OF FACT CONCLUSIONS OF LAW AND ORDER**

## FINDINGS OF FACT

Based on the pending Stipulation of counsel, and good cause appearing therefore, the Court finds that:

    1) The currently scheduled hearing was set on Friday January 3, 2020 at 3:00 p.m.

    2) Defense counsel will be out of the district on January 7, 2020

    3) The defendant is not incarcerated and does not object to the continuance

    4) The parties agree that continuance

    5) this is the first requested continue this hearing.

For all of the above-stated reasons, the ends of justice would best be served by a continuance of the hearing date for the Motion to Withdraw.

## CONCLUSIONS OF LAW

The ends of justice served by granting this continuance outweigh the best interests of the public and the defendant in a speedy trial, since the failure to grant this continuance would be likely to result in a miscarriage of justice, and would deny the parties herein sufficient time and the opportunity within which to be able to effectively and thoroughly prepare for trial, taking

- 3 -

into account the exercise of diligence.

## ORDER

IT IS HEREBY ORDERED that the Motion to withdraw currently scheduled for January 7, 2020 at the hour of 10:00 a.m. be vacated and continued to January 15, 2020 at the hour of 2:30 p.m. in Courtroom 3C.

DATED this __6th__ day of January, 2019

*[signature]*
UNITED STATES MAGISTRATE/JUDGE

- 4 -