UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:16-cr-62-LRH-EJY |
| ) | |
| Plaintiff, ) | MINUTE ORDER |
| vs. ) | |
| ) | DATED: January 23, 2020 |
| ) | |
| HAKIM RYDELL BRANCHE-JONES, ) | |
| DARRIN WILDER, ) | |
| ALBERT JONES, and ) | |
| ELIZABETH PEREZ, ) | |
| ) | |
| Defendants. ) | |

PRESENT: HONORABLE LARRY R. HICKS, UNITED STATES DISTRICT JUDGE
Deputy Clerk: Jennifer Cotter   Reporter: None Appearing
Counsel for Plaintiff(s): None Appearing
Counsel for Defendant(s): None Appearing

**MINUTE ORDER IN CHAMBERS:**

On Tuesday, January 21, 2020, Defendants Hakim Rydell Branche-Jones and Albert Jones entered guilty pleas which were accepted by the Court. Defendant Darrin Wilder was also scheduled for a change of plea hearing. After brief canvassing by the Court, the hearing was terminated and continued to Wednesday, January 29, 2020, at 11:00 a.m. Good cause appearing,

**IT IS ORDERED** that the trial in this matter, currently set for Tuesday, January 28, 2020, at 9:00 a.m., is hereby **VACATED**.

In the event that Defendant Wilder does not plead guilty at the continued hearing, counsel should be prepared to address the impact on the remaining defendants and to set a new trial date.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By:      /s/
Deputy Clerk