# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ELIZABETH PEREZ,<br><br>    Defendant. | Case No. 2:16-cr-00062-LRH-EJY<br><br>**ORDER** |

This matter coming before the Court on the government's Unopposed Rule 48(a) Motion For Leave to Dismiss, the Court having considered the premises therein and good cause showing, the Motion is **GRANTED** (ECF No. 349).

It is therefore **ORDERED** that Counts Five and Six of the Second Superseding Indictment alleged against Elizabeth Perez shall be, and are, **DISMISSED** with prejudice. The trial of this matter set for September 29, 2020, is hereby **VACATED.**

**It is so ORDERED** this 10th day of September, 2020.

_____
LARRY R. HICKS
United States District Judge